IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN ANDREWS,

    Plaintiffs,

v.                                  CASE NO. 4:13-cv-567-MW/CAS

DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.10, filed December 2, 2013. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The Plaintiff's motion to certify this case as a class action, ECF No. 9, is **DENIED**. This case is **REMANDED** for

1

further proceedings."

**SO ORDERED on January 2, 2014.**

**s/Mark E. Walker**
**United States District Judge**