IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN ANDREWS,**

    **Plaintiff,**

v.                       CASE NO.  4:13-cv-567-MW/CAS

**MICHAEL D. CREWS,
MONROE BARNES,
TONY ANDERSON, and
SCOTT STEWART.**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING SECOND
## REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Second Report and Recommendation, ECF No.19, filed April 8, 2014.  Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

Defendant's motion to dismiss, ECF No. 14, is **GRANTED**.  The Clerk shall enter judgment stating, "The federal claims in Plaintiff's complaint are **DISMISSED** for failure to state a claim upon which relief may be granted

1

pursuant to 28 U.S.C. §1915(e)(2).  Plaintiff's supplemental state claim is **DISMISSED without prejudice**.  This Court declines to exercise its supplemental jurisdiction pursuant to 28 U.S.C. §1367(c)."  The Clerk shall close the file.

**SO ORDERED on May 8, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**